# UNITED STATES DISTRICT COURT
# MIDDLE DISTRICT OF FLORIDA
# FORT MYERS DIVISION

| | |
|---|---|
| **LEONARDO TREVINO**, an individual,<br><br>Plaintiff,<br><br>v.<br><br>**VERANSA SOUTH FLORIDA, INC.**, a Delaware corporation,<br><br>Defendant. | **CIVIL ACTION**<br><br>Case No. 2:24-cv-026<br><br>Judge:<br><br>Mag. Judge: |

## COMPLAINT AND DEMAND FOR JURY TRIAL

**NOW COMES** the Plaintiff, **LEONARDO TREVINO** ("**TREVINO**"), by and through undersigned counsel, and state the following for his Complaint:

## CAUSES OF ACTION

1. This is an action brought under the federal Fair Labor Standards Act. ("FLSA") for unpaid overtime.

## PARTIES

2. The Plaintiff, **LEONARDO TREVINO** ("**TREVINO**" or "Plaintiff") is an individual and a resident of Florida who at all material times resided in Lee County, Florida and worked for the Defendant in Lee County, Florida. At all material times, **TREVINO** was employed by the Defendant as an equipment operator but was misclassified as non-exempt by the Defendant. **TREVINO** did

1

not have the authority to hire or fire other employees, nor were any of his suggestions and recommendations as to the hiring, firing, advancement, promotion or any other change of status of other employees given any particular weight. A great number of the customers **TREVINO** served were residents of other states who visit Southwest Florida on only a seasonal basis. **TREVINO** began the flow of interstate commerce for by, *inter alia*, by loading, unloading and utilizing goods and tools from out-of-state sources. **TREVINO** performed work in Lee County, Florida, which is within the Middle District of Florida, during the events giving rise to this case. **TREVINO** was an employee within the contemplation of 29 U.S.C. 203(e)(1). Thus, pursuant to 28 U.S.C. 1391(b), venue for this action lies in the Middle District of Florida.

3. The Defendant, **VERANSA SOUTH FLORIDA, INC.** ("**VERANSA**" or "Defendant") is a Delaware corporation and has a principal place of business located in Sarasota County, Florida. **VERANSA** has gross annual income well in excess of $500,000.00 per year and is engaged in interstate commerce; it is a covered employer under the FLSA (29 U.S.C. §203(d), (r) and (s)). **VERANSA**'s employees are engaged in interstate commerce and their business model specifically involves interstate purchases and sending/receiving goods and funds from out-of-state sources. **VERANSA** collects monies, much of which is from out-of-state financial institutions. **VERANSA** has the authority to hire, fire, assign work, withhold work and affect the terms and conditions of persons like Plaintiff. **VERANSA**

supervised and controlled Plaintiff's work schedules and conditions of employment, in addition to determining the rate and method of payment for Plaintiff. **VERANSA** maintains employment records of Plaintiff. **VERANSA** was the employer of Plaintiff.

## JURISDICTION AND VENUE

4. This Court has jurisdiction of this matter under 28 U.S.C. §1331, 1343(4), 2201 and 2202 and pursuant to the Fair Labor Standards Act (FLSA") 29 U.S.C. §§216(b) and 217. The jurisdiction of this Court is invoked to secure the protection and redress of the deprivation of rights secured by the FLSA.

5. Venue is proper in the United States District Court for the Middle District of Florida because the Plaintiff worked in, and the Defendant conducts business in, and some or all of the events giving rise to Plaintiff's claims occurred in Lee County, Florida, which is within the Middle District of Florida. Venue is proper in the Fort Myers Division under Local Rule 1.04 since the action accrued in Lee County, which is within the Fort Myers Division.

## GENERAL ALLEGATIONS

6. **TREVINO** began his employment with the Defendant on or about October 21, 2022.

7. The Defendant paid **TREVINO** at the rate of $36.06 per hour, and thus his overtime rate of pay should have been $54.09 per hour.

8.      **TREVINO** was required by the Defendant to work 50-hours, or more, per week (a 10-hour per day schedule, Monday-Friday), and did so without proper overtime compensation since beginning his employment (for a total of 50-weeks).

9.      **TREVINO** worked at least 500-hours for which he did not receive proper overtime compensation.

10.     However, the Defendant has refused to pay him the overtime he was lawfully entitled to.

11.     The Defendant has violated the FLSA by failing to pay overtime and minimum wages to **TREVINO**.

## COUNT I: VIOLATION OF THE FLSA- UNPAID OVERTIME

12.     The Plaintiff hereby incorporates Paragraphs 1-11 in this Count as though fully set forth herein.

13.     Plaintiff was a covered, non-exempt employee under the FLSA at all times during his employment with the Defendant.

14.     The Defendant was required by the FLSA to pay Plaintiff at least time and one-half for all hours worked in excess of 40 hours per week.

15.     The Defendant had operational control over all aspects of Plaintiff's day-to-day functions during his employment, including compensation.

16.     The Defendant was Plaintiff's employer and is liable for violations of the FLSA in this case.

17. The Defendant violated the FLSA by failing to pay Plaintiff at least time and one-half for all hours worked over 40 per week.

18. The Defendant has willfully violated the FLSA in refusing to pay Plaintiff's proper overtime for all hours worked over 40 per week.

19. As a result of the foregoing, Plaintiff has suffered damages of lost wages.

**WHEREFORE,** the Plaintiff prays that this Honorable Court enter a Judgment in his favor and against the Defendant for an amount consistent with evidence, together with liquidated damages, the costs of litigation, interest, and reasonable attorneys' fees.

## DEMAND FOR JURY TRIAL

Pursuant to Fed. R. Civ. P. 38(b) and the Seventh Amendment to the United States, the Plaintiffs demand a trial by jury as to all issues triable as of right.

Respectfully submitted,

Dated: January 8, 2024         **/s/ Benjamin H. Yormak**
Benjamin H. Yormak
Florida Bar Number 71272
Lead Counsel for Plaintiff
Yormak Employment & Disability Law
27200 Riverview Center Blvd., Suite 109
Bonita Springs, Florida 34134
Telephone: (239) 985-9691
Fax: (239) 288-2534
Email: byormak@yormaklaw.com